IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE BARNES, #233189, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 2:24-CV-668-RAH-KFP ) |
| ROLANDA CALLOWAY, | ) ) ) |
| Respondent. | ) |

## **ORDER**

This case is before the Court on a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1.) On October 25, 2024, the Magistrate Judge entered a Recommendation (Doc. 5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

The Clerk is DIRECTED to undertake those measures necessary to effectuate the transfer of this case. This case is CLOSED in this Court.

DONE, on this the 15th day of November 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE